Victoria RIZZO, Plaintiff–Appellee,

v.

CHILDREN'S WORLD LEARNING CENTERS, INCORPORATED, doing business as CWLC, Incorporated, Defendant–Appellant.

No. 97–50367.

United States Court of Appeals,
Fifth Circuit.

Aug. 27, 1999.

Jason J. Thompson, Robert S. Thompson, Thompson & Thompson, San Antonio, TX, for Plaintiff–Appellee.

Cynthia Glass Bivins, Jenkins, Gilchrist, Groce, Locke & Hebdon, Wallace Bernard Jefferson, Crofts, Callaway & Jefferson, San Antonio, TX, for Defendant–Appellant.

ON PETITIONS FOR REHEARING AND REHEARING EN BANC

Before KING, Chief Judge, and JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER and DENNIS, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the petition for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed.

The Clerk will specify a briefing schedule for a filing of supplemental briefs.